B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## District of Delaware

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| **Jenner Enterprises, Inc.** | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| **DBA Fastsigns** | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
|---|---|
| **51-0317525** | |

| Street Address of Debtor (No. and Street, City, and State): | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| **1300 First State Boulevard**<br>**Suite G**<br>**Wilmington, DE**  ZIP Code **19804** | ZIP Code |

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|
| **New Castle** | |

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| ZIP Code | ZIP Code |

Location of Principal Assets of Business Debtor (if different from street address above):

### Type of Debtor
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)     Page 2

| Voluntary Petition (This page must be completed and filed in every case) | Name of Debtor(s): Jenner Enterprises, Inc. |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)            Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Jenner Enterprises, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X *Shannon J. Dougherty* (signed)
Signature of Attorney for Debtor(s)

**Shannon J. Dougherty**
Printed Name of Attorney for Debtor(s)

**O'Kelly Ernst & Bielli, LLC**
Firm Name

**901 N. Market Street
Suite 1000
Wilmington, DE 19801**
Address

Email: sdougherty@oeblegal.com
**(302) 778-4000  Fax: (302) 295-2873**
Telephone Number

**11/14/2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _(signed)_
Signature of Authorized Individual

**Michael P. Levitsky**
Printed Name of Authorized Individual

**Owner and President**
Title of Authorized Individual

**11/14/2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## United States Bankruptcy Court
### District of Delaware

In re  Jenner Enterprises, Inc.

Debtor(s)

Case No. _____

Chapter  11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Jenner Enterprises, Inc.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

11/14/2014
Date

/s/ Shannon J. Dougherty
Shannon J. Dougherty
Signature of Attorney or Litigant
Counsel for  Jenner Enterprises, Inc.
O'Kelly Ernst & Bielli, LLC
901 N. Market Street
Suite 1000
Wilmington, DE 19801
(302) 778-4000 Fax:(302) 295-2873
sdougherty@oeblegal.com

| | | |
|---|---|---|
| JENNER ENTERPRISES, INC.<br>1300 FIRST STATE BOULEVARD<br>SUITE G<br>WILMINGTON, DE 19804 | DOMINIAN DENTAL<br>115 SOUTH UNION STREET<br>SUITE 300<br>ALEXANDRIA, VA 22314 | LIMESTONE PENSION ASSOCIATL<br>1407 FOULK ROAD, SUITE 100<br>WILMINGTON, DE 19803-2755 |
| SHANNON J. DOUGHERTY<br>O'KELLY ERNST & BIELLI, LLC<br>901 N. MARKET STREET<br>SUITE 1000<br>WILMINGTON, DE 19801 | EQUINOX<br>10159 E. 11TH STREET<br>TULSA, OK 74128 | MARTIN SUPPLY<br>2470 LOCH RAVEN ROAD<br>BALTIMORE, MD 21218 |
| ARTISANS' BANK<br>223 WEST 9TH STREET<br>WILMINGTON, DE 19801 | FASTSIGNS INTERNATIONAL/ROYALTIES<br>2542 HIGHLANDER WAY<br>CARROLLTON, TX 75006 | MICHAEL P. LEVITSKY<br>209 THOMAS LANE SOUTH<br>NEWARK, DE 19711 |
| AT&T<br>PO BOX 6463<br>CAROL STREAM, IL 60197-6463 | FELLERS<br>6566 E. SKELLY DRIVE<br>TULSA, OK 74145 | SBA<br>C/O COLSON SERVICES, CORP.<br>504 LOAN DEPARTMENT<br>2 NEW YORK PLAZA, 17TH FLOO<br>NEW YORK, NY 10004 |
| BANK OF AMERICA<br>PO BOX 982235<br>EL PASO, TX 79998-2235 | FIRST STATE SIGNS<br>122 ROSEMARY ROAD<br>DOVER, DE 19901 | TELEPHONETICS<br>PO BOX 116766<br>ATLANTA, GA 30368 |
| CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130-0285 | GILPIN, VAN TRUMP, AND MONTGOMERY<br>1400 N. DUPONT STREET<br>WILMINGTON, DE 19806 | TRAWECS SIGNS, INC.<br>206 SOUTH CLEVELAND AVENUE<br>WILMINGTON, DE 19805 |
| CHASE FREEDOM<br>CARDMEMBER SERVICE<br>PO BOX 15548<br>WILMINGTON, DE 19886-5548 | GILPIN, VAN TRUMP, AND MONTGOMERY<br>C/O THOMAS C. MARCONI, ESQ.<br>1813 N. FRANKLIN STREET<br>PO BOX 1677<br>WILMINGTON, DE 19899 | WRIGHT EXPRESS FLEET SERVICES - WEX<br>PO BOX 6293<br>CAROL STREAM, IL 60197 |
| CHASE INK<br>CARDMEMBER SERVICE<br>PO BOX 15548<br>WILMINGTON, DE 19886-5548 | HARBOR SALES<br>1000 HARBOR COURT<br>SUDLERSVILLE, MD 21668 | WAYNE NEVILLE<br>1600 N. FRANKLIN STREET<br>WILMINGTON, DE 19805 |
| CITI<br>PO BOX 6500<br>SIOUX FALLS, SD 57117 | JANET LEVITSKY<br>7 HAILEY'S TRAIL<br>JERRELL FARMS<br>NEWARK, DE 19711 | WELLS FARGO BUSINESS DIREC<br>PO BOX 348750<br>SACRAMENTO, CA 95834 |
| DELMARVA<br>PO BOX 13609<br>PHILADELPHIA, PA 19101 | KAPCO<br>ATTN: CHERYL SPADE<br>PO BOX 626<br>1000 CHERRY STREET<br>KENT, OH 44240 | WHITEFORD, TAYLOR & PRESTOLL<br>THE RENAISSANCE CENTRE<br>405 NORTH KING STREET<br>WILMINGTON, DE 19801-3700 |

WILMINGTON LOCAL DEV. CORP.
100 W 10TH STREET
SUITE 706
WILMINGTON, DE 19801

**United States Bankruptcy Court**
**District of Delaware**

In re   Jenner Enterprises, Inc.                                   Case No.
                                    Debtor(s)                      Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Owner and President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    11/14/2014                          _____
                                             Michael P. Levitsky/Owner and President
                                             Signer/Title

## United States Bankruptcy Court
### District of Delaware

In re  Jenner Enterprises, Inc.
                                    Debtor

Case No. _____

Chapter    11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Janet Levitsky<br>7 Hailey's Trail<br>Jerroll Farms<br>Newark, DE 19711 | | | 50% |
| Michael P. Levitsky<br>209 Thomas Lane South<br>Newark, DE 19711 | | | 50% |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    11/14/2014                    Signature    _____
                                                   Michael P. Levitsky
                                                   President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0**  continuation sheets attached to List of Equity Security Holders

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of Delaware

In re  Jenner Enterprises, Inc. _____  
         Debtor(s)

Case No. _____  
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Bank of America<br>PO Box 982235<br>El Paso, TX 79998-2235 | Bank of America<br>PO Box 982235<br>El Paso, TX 79998-2235 | Line of credit | | 16,099.03 |
| Bank of America<br>PO Box 982235<br>El Paso, TX 79998-2235 | Bank of America<br>PO Box 982235<br>El Paso, TX 79998-2235 | Line of credit | | 14,587.91 |
| Bank of America<br>PO Box 982235<br>El Paso, TX 79998-2235 | Bank of America<br>PO Box 982235<br>El Paso, TX 79998-2235 | Credit card | | 10,004.88 |
| Bank of America<br>PO Box 982235<br>El Paso, TX 79998-2235 | Bank of America<br>PO Box 982235<br>El Paso, TX 79998-2235 | Credit card | | 8,917.45 |
| Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Credit card | | 22,338.61 |
| Chase Freedom<br>Cardmember Service<br>PO Box 15548<br>Wilmington, DE 19886-5548 | Chase Freedom<br>Cardmember Service<br>PO Box 15548<br>Wilmington, DE 19886-5548 | Credit card | | 26,370.72 |
| Chase Ink<br>Cardmember Service<br>PO Box 15548<br>Wilmington, DE 19886-5548 | Chase Ink<br>Cardmember Service<br>PO Box 15548<br>Wilmington, DE 19886-5548 | Credit card | | 4,240.25 |
| Citi<br>PO Box 6500<br>Sioux Falls, SD 57117 | Citi<br>PO Box 6500<br>Sioux Falls, SD 57117 | Credit card | | 27,583.15 |
| Fastsigns International/Royalties<br>2542 Highlander Way<br>Carrollton, TX 75006 | Fastsigns International/Royalties<br>2542 Highlander Way<br>Carrollton, TX 75006 | Royalties owed | | 10,500.00 |
| First State Signs<br>122 Rosemary Road<br>Dover, DE 19901 | First State Signs<br>122 Rosemary Road<br>Dover, DE 19901 | Goods for resale | | 6,000.00 |

B4 (Official Form 4) (12/07) - Cont.
In re   Jenner Enterprises, Inc.
                Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [If secured, also state value of security] |
|---|---|---|---|---|
| Gilpin, Van Trump, and Montgomery, Inc. 1400 N. Dupont Street Wilmington, DE 19806 | Gilpin, Van Trump, and Montgomery, Inc. 1400 N. Dupont Street Wilmington, DE 19806 | Rent | Disputed | 137,718.04 |
| Harbor Sales 1000 Harbor Court Sudlersville, MD 21668 | Harbor Sales 1000 Harbor Court Sudlersville, MD 21668 | Supplies | | 31,075.71 |
| Kapco attn: Cheryl Spade PO Box 626 1000 Cherry Street Kent, OH 44240 | Kapco attn: Cheryl Spade PO Box 626 Kent, OH 44240 | Supplies and materials | | 943.00 |
| Limestone Pension Associates, LLC 1407 Foulk Road, Suite 100 Wilmington, DE 19803-2755 | Limestone Pension Associates, LLC 1407 Foulk Road, Suite 100 Wilmington, DE 19803-2755 | Employee retirement/401k | | 7,189.28 |
| Martin Supply 2470 Loch Raven Road Baltimore, MD 21218 | Martin Supply 2470 Loch Raven Road Baltimore, MD 21218 | Supplies | | 2,206.17 |
| Michael P. Levitsky 209 Thomas Lane South Newark, DE 19711 | Michael P. Levitsky 209 Thomas Lane South Newark, DE 19711 | Loan | | 127,375.14 |
| Travers Signs, Inc. 206 South Cleveland Avenue Wilmington, DE 19805 | Travers Signs, Inc. 206 South Cleveland Avenue Wilmington, DE 19805 | | | 5,800.00 |
| Wayne Neville 1600 N. Franklin Street Wilmington, DE 19805 | Wayne Neville 1600 N. Franklin Street Wilmington, DE 19805 | Loan | | 121,151.79 |
| Wells Fargo Business Direct PO Box 348750 Sacramento, CA 95834 | Wells Fargo Business Direct PO Box 348750 Sacramento, CA 95834 | Line of credit | | 70,526.52 |
| Whiteford, Taylor & Preston, LLC The Renaissance Centre 405 North King Street Wilmington, DE 19801-3700 | Whiteford, Taylor & Preston, LLC The Renaissance Centre 405 North King Street Wilmington, DE 19801-3700 | Legal services | | 1,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Jenner Enterprises, Inc. _____            Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date ___11/14/2014___            Signature _____
                                            Michael P. Levitsky
                                            President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## RESOLUTION AUTHORIZING FILING OF
## CHAPTER 11 BANKRUPTCY PETITION FOR RELIEF

I, Michael P. Levitsky, being an Owner and President (the "Officer") of Jenner Enterprises, Inc. (the "Corporation"), adopt the below enumerated resolutions:

**WHEREAS**, the Officer has considered the financial aspects of the Corporation; and

**WHEREAS**, the Officer of the Corporation is authorized to file a voluntary petition (the "Bankruptcy Proceeding") under the provisions of chapter 11 of title 11 of the United States Code, as amended (the "Bankruptcy Code"); and

**WHEREAS**, the Officer has reviewed and considered the Corporation's options and the recommendations of professionals and advisors to the Corporation as to the terms of the proposed restructuring or liquidation to be implemented during the course of the Bankruptcy Proceeding.

NOW, THEREFORE, IT IS HEREBY RESOLVED:

1. It is desirable and in the best interests of the Corporation, its creditors and other interested parties, that a voluntary petition be filed by the Corporation under the provisions of chapter 11 of the Bankruptcy Code, with said petition to be filed in the United States Bankruptcy Court for the District of Delaware.

2. The Officer is directed, authorized and empowered to execute and file on behalf of the Corporation all petitions, schedules, lists, affidavits, motions and other papers or documents, and to take any and all action which it deems necessary or proper to obtain such relief, if, in the judgment of the Corporation, the Corporation is adequately prepared prior to such filings.

3. The Officer is directed, authorized and empowered to employ on behalf of the Corporation, O'Kelly Ernst & Bielli, LLC, a law firm with experience and expertise in the areas

of workouts, non-bankruptcy reorganizations and bankruptcy reorganizations in similar situations to that of the Corporation.

4.  The Officer is directed, authorized and empowered on behalf of the Corporation, to take or cause to be taken any and all such other further action, and to execute, acknowledge, deliver and file any and all such instruments as each in his discretion, may deem necessary or advisable to carry out the purpose and intent of the foregoing resolutions.

5.  All of the acts and transactions of the Officer that relate to matters contemplated by the foregoing resolutions that have been undertaken in the name and on behalf of the Corporation prior to the effective date of this resolution, are hereby in all respects approved, confirmed and ratified.

Facsimile or electronic mail submissions of the signature provided below may be relied upon and shall have the same force and effect as the original of such signature.

This consent to action is effective as of the date below.

IN WITNESS WHEREOF, the undersigned in his capacity as an Owner and President of the Corporation has executed this written consent as of the day written below.

JENNER ENTERPRISES, INC.

Dated: November 14. 2014         By: _____
                                 Michael P. Levitsky, an Owner and
                                 President of Jenner Enterprises, Inc.

2